UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 22-356 (SRN/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Kevin Ronnell Lynch, | |
| Defendant. | |

_____

Katharine T. Buzicky, United States Attorney's Office, 316 N. Robert St., Ste. 404, St. Paul, MN 55101; Craig Baune and Jordan Sing, United States Attorney's Office, 300 S. 4th St., Ste. 600, Minneapolis, MN 55415, for the Government

Kevin Ronnell Lynch, Reg. No. 36430-510, FCI-Gilmer, P.O. Box 6000, Glenville, WV 26351, pro se

_____

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on the Government's First Motion for an Extension of Time [Doc. No. 48]. Counsel for the Government requests an extension of time to respond to Defendant Kevin Ronnell Lynch's Pro Se Motion to Vacate Under 28 U.S.C. § 2255 [Doc. No. 42] and his Pro Se Motion to Supplement Motion Under 28 U.S.C. § 2255 [Doc. No. 45] (collectively, "§ 2255 Motions"). Counsel for the Government makes the request in light of an unusually high number of post-conviction motions, compassionate release claims, and other prisoner submissions filed in recent months. (Gov't's First Mot. for Ext. at 1.) The Court finds the Government has demonstrated good cause for an extension and the motion is **GRANTED** [Doc. No. 48].

Also pending before the Court are Defendant Kevin Ronnell Lynch's Pro Se Motion for a Sentencing Transcript [Doc. No. 43], Pro Se Motion to Stay Proceedings, or, in the Alternative, Motion for an Extension of Time [Doc. No. 49], and his Pro Se Motion to Authorize Payment of Fee for the Transcript of Sentencing Hearing [Doc. No. 50]. These motions concern Mr. Lynch's requests to obtain a copy of his sentencing transcript. He states that access to the sentencing transcript is necessary in order to frame his reply in support of his § 2255 Motions.

The Court anticipates that Mr. Lynch will receive a copy of his sentencing transcript shortly. Because the process to provide the sentencing transcript remains underway, the Court **GRANTS IN PART** his Pro Se Motion to Stay Proceedings, or, in the Alternative, Motion for an Extension of Time [Doc. No. 49], as to his alternative request for an extension of time, and **DENIES IN PART** the motion to the extent he seeks a stay. When the transcript is available, the Government shall have **two weeks** in which to file its response memorandum. **Two weeks after** the Government files its response, Mr. Lynch shall file his reply.

Dated: Oct. 22, 2024                                        s/Susan Richard Nelson
                                                            Susan Richard Nelson
                                                            United States District Judge