# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,                                    Crim. No. 22-356 (SRN/ECW)

     Plaintiff,

v.                                                                                **ORDER**

Kevin Ronnell Lynch,

     Defendant.

_____

Katharine T. Buzicky, United States Attorney's Office, 316 N. Robert St., Ste. 404, St. Paul, MN 55101; Craig Baune and Jordan Sing, United States Attorney's Office, 300 S. 4th St., Ste. 600, Minneapolis, MN 55415, for the Government

Kevin Ronnell Lynch, Reg. No. 36430-510, FCI-Gilmer, P.O. Box 6000, Glenville, WV 26351, pro se

_____

SUSAN RICHARD NELSON, United States District Judge

   This matter is before the Court on the Government's Second Motion for an Extension of Time [Doc. No. 56]. Counsel for the Government requests an extension of time to respond to Defendant Kevin Ronnell Lynch's Pro Se Motion to Vacate Under 28 U.S.C. § 2255 [Doc. No. 42] and his Pro Se Motion to Supplement Motion Under 28 U.S.C. § 2255 [Doc. No. 45] (collectively, "§ 2255 Motions"). Counsel for the Government makes the request in light of an unusually high number of post-conviction motions, in addition to three recently assigned criminal matters involving juveniles. (Gov't's Second Mot. for Ext. at 1.) The Court finds the Government has demonstrated good cause for an extension and the motion is **GRANTED** [Doc. No. 56].

The Government's response to Mr. Lynch's § 2255 Motions shall be due on or before **December 2, 2024**.  Mr. Lynch's reply will be due on or before **December 16, 2024**.

Dated: Nov. 18, 2024                          s/Susan Richard Nelson
                                              Susan Richard Nelson
                                              United States District Judge